**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

---

IN RE: Zev Lewinson                                           CASE NO.: 09–24078–rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:           CHAPTER: 7
xxx–xx–5658

---

# DISCHARGE OF DEBTOR
# ORDER OF FINAL DECREE

A petition under chapter 7 of title 11, United States Code was filed by or against the Debtor(s) on 11/4/09 ; an order for relief was entered under chapter 7; no order denying a discharge has been granted. The Debtor's estate has been fully administered.

**IT IS ORDERED THAT:**

1. The Debtor is released from all dischargeable debts.

2. Any judgment not obtained in this court is null and void as to the personal liability of the Debtor(s) regarding the following:

(a) debts dischargeable under 11 U.S.C. § 523(a);

(b) debts alleged to be excepted from discharge under 11 U.S.C. § 523(a)(2),(4),(6) or (15) unless determined by this court to be nondischargeable;

(c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order or whose judgments are declared null and void in 2 above, are enjoined from instituting or continuing any action, employing any process or engaging in any act to collect such debts as personal liabilities of the Debtor(s).

4. Marianne T. O'Toole is discharged as the Trustee of the Debtor's estate and the bond is cancelled. The chapter 7 case of the Debtor(s) is closed.

Dated: 5/19/11                                           Robert D. Drain, Bankruptcy Judge

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 09-24078-rdd
Zev Lewinson                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7        User: atavarez1         Page 1 of 2         Date Rcvd: May 19, 2011
                            Form ID: 155            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2011.
```
db         +Zev Lewinson,   19 Mariner Way,   Monsey, NY 10952-1600
smg        +N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY 12201-0551
smg         New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
             Albany, NY  12205-0300
ust        +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
5008466     Abraham Shtygrud,   Monsey, NY  10952
5008467    +Antwerp Sales International, I,   576 Fifth Ave.,   New York, NY 10036-4807
5008468    +Avistar Mortgage,   1062 Barnes Rd. Suite 108,   Wallingford, CT 06492-2576
5008472    +Buckley Broadcasting Corp.,   C/O Goldman & Warshaw,   P.O. Box 2500,
             West Caldwell, NJ 07007-2500
5008473     CBS Radio, Inc.,   C/O Martin S. Cole,   110 Wall St. 11th Fl.,   New York, NY  10005-3817
5008474    +David Sader,   First Financial Equities Inc.,   635 Norfolk St.,   Teaneck, NJ 07666-2908
5008476    +Empire Diamond Corp.,   Greg Herdenian,   350 Fifth Ave. Suite 7619,   New York, NY 10118-7619
5008477    +Gil Ginsberg,   1062 Barnes Rd. Suite 108,   Wallingford, CT 06492-2576
5008478    +Nco Fin/22,   507 Prudential Rd,   Horsham, PA 19044-2308
5008479    +Onewest Bank,   6900 Beatrice Dr,   Kalamazoo, MI 49009-9559
5008480    +Parness & Parness, P.C.,   241 North Ave. W. Suite 200,   Westfield, NJ 07090-1484
5008481    +Pasquez Diamonds,   C/O Jacob Pasquez,   15 West 47th St.,   New York, NY 10036-3305
5008482    +Results Marketing,   C/O Marvin Seller,   400 East 56th St. Apt. 28F,   New York, NY 10022-4339
5008483    +Susan Dryer,   2116 East Chickasaw Dr.,   Phoenix, AZ 85086-5321
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5011690     EDI: BECKLEE.COM May 19 2011 19:13:00     American Express Centurion Bank,
             c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
5041142     EDI: BECKLEE.COM May 19 2011 19:13:00     American Express Travel Related Services Co Inc,
             Corp Card,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
5008470    +EDI: BANKAMER2.COM May 19 2011 19:13:00     Bank Of America,   Po Box 1598,
             Norfolk, VA 23501-1598
5008471     EDI: BANKAMER.COM May 19 2011 19:13:00     Bank Of America,   4060 Ogletown/stan,
             Newark, DE  19713
5008469     EDI: BANKAMER.COM May 19 2011 19:13:00     Bank Of America,   4060 Ogletown/stanton Rd,
             Newark, DE  19713
5008475    +EDI: DISCOVER.COM May 19 2011 19:13:00     Discover Fin Svcs Llc,   Po Box 15316,
             Wilmington, DE 19850-5316
5008484     EDI: FUNB.COM May 19 2011 19:13:00     Wach/rec,   Po Box 3117,   Winston-salem, NC  27102
5008485     EDI: FUNB.COM May 19 2011 19:13:00     Wachovia Bank N.A.,   Central Bankruptcy Dept. VA,
             P.O. Box 13765,   Roanoke, VA  24037
5008486     EDI: FUNB.COM May 19 2011 19:13:00     Wachovia Bank N.A.,   Central Bankruptcy Dept. VA 73,
             P.O. Box 13765,   Roanoke, VA  24037
5008487     EDI: FUNB.COM May 19 2011 19:13:00     Wachovia Bank Na/ftu,   Po Box 3117,
             Winston Salem, NC  27102
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          OneWest Bank, F.S.B.
5011691*    American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0208-7          User: atavarez1          Page 2 of 2          Date Rcvd: May 19, 2011
                              Form ID: 155             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2011**          **Signature:**          *Joseph Speetjens*